RABICOFF LAW LLC
4311 N RAVENSWOOD AVE SUITE 315 (773) 669 4590
CHICAGO, IL 60613 ISAAC @ RABILAW.COM

September 24, 2026

**VIA ECF**

Hon. Margaret M. Garnett, U.S.D.J.
United State District Court Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

**Re:** ***Cedar Lane Technologies Inc. v. Ameritas Mutual Holding Co.***
**Civil Action No.: 1:26-cv-7407-MMG (S.D.N.Y.)**

Dear Judge Garnett,

I represent Plaintiff Cedar Lane Technologies Inc. ("Plaintiff") in this matter, and I am submitting this joint letter on behalf of both parties to request a thirty (30) day extension of time for Defendant Ameritas Mutual Holding Company ("Defendant") to respond to the Complaint, which response is currently due October 1, 2026, and to request an adjournment of the Initial Pretrial Conference currently scheduled for October 29, 2026 so that the parties' proposed Civil Case Management Plan and Scheduling Order are due following the extended deadline to respond to the Complaint.

Defendant was served on September 10, 2026, and its response is currently due on October 1, 2026. I understand that Defendant has recently retained outside counsel and that counsel requires additional time to review and investigate the Complaint before responding. Defendant has requested, and Plaintiff consents to, a thirty (30) day extension of time, making the response due on November 2, 2026.

The parties also seek to adjourn the Initial Pretrial Conference, currently scheduled for October 29, 2026, by at least thirty (30) days to a date and time convenient for the Court on or after November 30, 2026.

This is the parties' first request for an extension or adjournment. The request does not affect any other dates.

We appreciate the Court's consideration of this request.

Respectfully submitted,

s/ Isaac Rabicoff
Isaac Rabicoff
Rabicoff Law LLC

4311 N Ravenswood Ave Suite 315
Chicago, IL 60613
(773) 669-4590
isaac@rabilaw.com
**Counsel for Plaintiff**
**Cedar Lane Technologies Inc.**

GRANTED. The deadline for Defendant to respond to the Complaint is hereby EXTENDED to **November 2, 2026**. The deadline for the parties to submit their joint letter and proposed Case Management Plan is likewise EXTENDED to **November 25, 2026**. The Initial Pretrial Conference previously scheduled for October 29, 2026 is ADJOURNED to **December 3, 2026**, at **9:30 A.M.**

SO ORDERED. Dated October 2, 2026.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE